UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGIA BROWN,

          Plaintiff,

vs.                                    Case No.   2:05-cv-348-FtM-33SPC

GUARDIAN MOVING AND MORE, INC.,

          Defendant.
_____

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Complaint, Motion to Strike (Doc. #3) filed on July 21, 2005. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motions. For purposes of judicial economy and in order to expedite the disposition of the Plaintiff's motions, the Court shall so refer the motions.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED, and DECREED:**

The pending Motion to Dismiss Complaint, Motion to Strike (Doc. #3) is hereby **referred** to Sheri Polster Chappell, United States Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, deadlines related

thereto.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 2nd day of August, 2005.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record