```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

GEORGIA BROWN,

        Plaintiff,

vs.                      Case No.   2:05-cv-348-FtM-33SPC

GUARDIAN MOVING AND MORE, INC.,

        Defendant.
_____

## ORDER

This matter is before the Court on consideration of the magistrate judge's Report and Recommendation (Doc. # 18), filed October 11, 2005, recommending that Defendant Guardian Moving and More's Motion to Dismiss and Motion to Strike (Doc. # 3) be GRANTED as to all counts. The Magistrate has also recommended that Plaintiff Georgia Brown be allowed twenty (20) days before the entry of final judgment to amend her Complaint to conform to the requirements of the Carmack Amendment.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **ACCEPTED** and **ADOPTED.**

2. Defendant Guardian Moving and More's Motion to Dismiss and Motion to Strike (Doc. # 3) are **GRANTED** as to all counts.

3. Plaintiff Georgia Brown is allowed twenty (20) days before the entry of final judgment to amend her Complaint to conform to the requirements of the Carmack Amendment.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 26th day of October, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record